

IN THE COURT OF APPEALS

FIRST APPELLATE DISTRICT OF OHIO

HAMILTON COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO | APPEAL NO. C-030540 |
| Appellee, | |
| Vs | ENTRY GRANTING LEAVE TO APPEAL, APPOINTING LISA FIELDS THOMPSON AS COUNSEL AND PROVIDING TRANSCRIPT AT STATE EXPENSE |
| ANDRE CRAWFORD | |
| Appellant, | |

ENTERED
AUG - 8 2003
IMAGE

This cause came on to be considered upon the motions of the appellant filed herein for leave to appeal, for the appointment of counsel, and to provide a transcript of proceedings at State expense, and

The Court, upon consideration thereof, finds that the motions are well taken and are granted.

Wherefore, Lisa Fields Thompson is appointed counsel and a transcript of proceedings shall be provided at State expense.

**To The Clerk:**
Enter upon the Journal of the Court on  8/8/03  per order of the Court.
By: _____   (Copies sent to all counsel)
            Presiding Judge

EXHIBIT
A