# COURT OF APPEALS

## FIRST APPELLATE DISTRICT OF OHIO

William Howard Taft Law Center
12th Floor, 230 East Ninth Street
Cincinnati, Ohio 45202-2138

Judges:
Rupert A. Doan
Lee H. Hildebrandt, Jr.
Robert H. Gorman
Mark Philip Painter
J. Howard Sundermann, Jr.
Ralph Winkler

Thomas J. Rottinghaus
Court Administrator

Daniel S. Jenkins
Assistant Administrator

(513) 946-3500
Fax: (513) 946-3411

STATE OF OHIO,

    Plaintiff-Appellee,

VS.

ANDRE CRAWFORD,

    Defendant-Appellant.

APPEAL NO. C-030540
TRIAL NO. B-9807305

ENTERED
AUG 1 4 2003
IMAGE 16

## ACCELERATED CALENDAR SCHEDULING ORDER

Having reviewed the notice of appeal and docket statement filed herein, and pursuant to Local Rule 12(2), it is the Order of this Court that this cause be placed on the Court's accelerated calendar.

It is Ordered that the complete record of this action be filed on or before **11/05/2003**.
(See paragraphs one and two of the enclosed.)

The appellant's brief shall be filed on or before **12/05/2003**.
The appellee's brief shall be filed on or before **01/07/2004**.
(See paragraph four of the enclosed.)

Counsel who wish to submit the appeal to the Court without oral argument should submit a written request to the court at least three working days prior to the hearing.

> NOTE: Enclosed with this Order are several admonitions. These admonitions should be reviewed.

To The Clerk:

Enter upon the Journal of the Court on **August 14, 2003** per order of the Court.

By: _____
    Presiding Judge

(Copy sent to counsel)

EXHIBIT B