IN THE COURT OF APPEALS
FIRST APPELLATE DISTRICT
HAMILTON COUNTY, OHIO

**FILED**
**COURT OF APPEALS**

AUG 2 2 2003

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | |
| vs. | : | Case No. C 030540 |
| ANDRE CRAWFORD, | : | |
| Defendant-Appellant. | : | |



D55879292

### NOTICE OF APPEARANCE OF COUNSEL

James Foley, Assistant State Public Defender, enters his appearance in the above-styled action on behalf of Defendant-Appellant, Andre Crawford.

Respectfully submitted,

DAVID H. BODIKER (0016590)
State Public Defender

JAMES R. FOLEY (0069895)
Assistant State Public Defender

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street – 11th Floor
Columbus, Ohio 43215-2998
(614) 466-5394
(614) 752-5167 (Fax)

COUNSEL FOR DEFENDANT-APPELLANT,
ANDRE CRAWFORD

FILED
2003 AUG 22 A 11:53
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

EXHIBIT
C

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this NOTICE OF APPEARANCE OF COUNSEL has been sent via regular U.S. Mail to Michael K. Allen, Hamilton County Prosecutor, by U.S. Mail postage prepaid addressed to his office at Suite 4000, 230 E. 9th Street, Cincinnati, Ohio 45202 on this 21st day of August, 2003.

_____
JAMES R. FOLEY (0069895)
Assistant State Public Defender

COUNSEL FOR DEFENDANT-APPELLANT,
ANDRE CRAWFORD

#185124