IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDRE CRAWFORD, :
:
    Plaintiff(s) :
: Case Number: 1:01cv14-SJD-JS
vs. :
: District Judge Susan J. Dlott
JEFFREY A. WOLFE, :
:
    Defendant(s) :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the conditions set forth in this Court's prior Order having been fully satisfied, it is ORDERED, ADJUDGED AND DECREED that the instant action for writ of habeas corpus is hereby DISMISSED WITH PREJUDICE.

10/7/03      Kenneth Murphy, Clerk


    ___s/Stephen Snyder_____
    Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.